

April 12, 2022

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:   <u>United States v. Francesco Russo,</u> 20-Cr-306 (NGG)**

Your Honor:

The Court has scheduled a conference in this case for tomorrow, April 13th.  Unlike the other two defendants, Francesco Russo is currently detained at the MDC.  I have spoken to Mr. Russo, and he has asked me to ask the Court to waive his appearance at the conference.  I will be present at the conference, and Mr. Russo agrees that my appearance is sufficient to protect his interests, and he wishes his appearance to be waived.  The government consents to this request.

Thank you for your consideration.

Sincerely,

/s/

Florian Miedel

Cc: All Counsel (ECF)