DOCKET NUMBER: CR 20-0306 (NGG)

## CRIMINAL CAUSE FOR PLEADING

Date Received By Docket Clerk: _____   Docket Clerk Initials: _____

BEFORE JUDGE: <u>GARAUFIS</u>  DATE: MAY 24, 2022  TIME IN COURT  1  HRS     MINS
@ 2:30 PM.

**1. DEFENDANT**: FRANGESCO RUSSO

Present X   Not Present      Custody   Not Custody X

**DEFENSE COUNSEL**: FLORIAN MIEDEL
   FEDERAL DEFENDER:      CJA: X                RETAINED:

**2. DEFENDANT**:
Present   Not Present      Custody   Not Custody

**DEFENSE COUNSEL**:
   FEDERAL DEFENDER:      CJA:      RETAINED:

**3. DEFENDANT**:
Present   Not Present   Custody      Not Custody

**DEFENSE COUNSEL**:
   **FEDERAL DEFENDER:  CJA:   RETAINED:**

A.U.S.A.: OLGA ZVEROVICH /BRIAN MORRIS

**COURT REPORTER: JENNIFER THUN**
**INTERPRETER:        LANGUAGE:**

| | | |
|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Application | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| ☐ | Status Conference | ☐ Sentencing |
| ☐ |    Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ |    Curcio Hearing | ☐ Oral Argument |
| ☐ |    Voir Dire Held   ☐   Jury selection | ☐ Jury trial |
| ☐ |    Jury Trial Death Penalty ☐ Sentence enhancement Phase | ☐ Bench Trial Begun |

**Speedy Trial Start :    Speedy Trial Stop:    CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?    YES                    NO    X**

THE DEFENDANT WAIVES PROSECUTION BY INDICTMENT AND PLEADS GUILTY TO COUNTS 1-8 OF THE SUPERSEDING INFORMATION (S-2). SENTENCING IS SCHEDULED FOR THURSDAY, OCTOBER 6, 2022 AT 11:00 AM.